IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES E. CONSTANCE and MARION CONSTANCE,<br><br>　　Plaintiff,<br><br>v.<br><br>INTERSTATE INTRINSIC VALUE FUND A, LLC,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§  No. 3:20-cv-02819-E-BT<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 8, 2021. (ECF No. 23). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Court DENIES Plaintiffs' Motion, (ECF No. 16), for New Trial, and this action is DISMISSED with prejudice in accordance with this Court Final Judgment, (ECF No. 15).

**SO ORDERED,** this 20th day of January, 2022.

_____
ADA E. BROWN
UNITED STATES DISTRICT JUDGE